```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/23
```

CENGAGE LEARNING, INC., BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC d/b/a MACMILLAN LEARNING,
ELSEVIER INC., ELSEVIER B.V.,
MACMILLAN HOLDINGS, LLC,
MCGRAW HILL LLC, and PEARSON
EDUCATION, INC.,

                Plaintiffs,

        - against -

DOES 1 - 17 d/b/a ABBOOKS.SHOP,
ALIBOOKSTORE.ONLINE, BOAKLUX.COM,
BOOKSTORECLERK.COM,
BOOKSVAULT.COM, GRAMCIES.COM,
MANJAZZ.MYSHOPIFY.COM,
MESSIAHBOOK.COM, MIRRORTYR.COM,
OHMYAYAM.MYBIGCOMMERCE.COM,
PBOOKSTORE.COM, PDFTEXTBOOKS.NET,
SEMENAWIT.MYBIGCOMMERCE.COM,
TESTSBOOKS.COM, TOPFIBO.COM,
TRAKINISA.COM, and WAVETAGS.COM,

                Defendants.

23-CV-7193 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby respectfully directs the Clerk's Office to unseal the docket and all previous documents in Case No. 23-cv-7193, including revision of the party and attorney information to reflect named parties and counsel of record.

**SO ORDERED.**

Dated:    18 September 2023
           New York, New York

                                      Victor Marrero
                                      U.S.D.J.