Case 1:23-mc-00270-JSR Document 3 Filed 08/14/23 Page 1 of 2
Case 1:23-cv-07193-VM Document 9 Filed 09/18/23 Page 1 of 2
Case 1:23-mc-00270-JSR Document 1-8 (Ex Parte) Filed 08/11/23 Page 1 of 2

**JUDGE MARRERO**

**23 CV 07193**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, ELSEVIER INC., ELSEVIER B.V., MACMILLAN HOLDINGS, LLC, MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,

    Plaintiffs,

v.

DOES 1 - 17 d/b/a ABBOOKS.SHOP, ALIBOOKSTORE.ONLINE, BOAKLUX.COM, BOOKSTORECLERK.COM, BOOKSVAULT.COM, GRAMCIES.COM, MANJAZZ.MYSHOPIFY.COM, MESSIAHBOOK.COM, MIRRORTYR.COM, OHMYAYAM.MYBIGCOMMERCE.COM, PBOOKSTORE.COM, PDFTEXTBOOKS.NET, SEMENAWIT.MYBIGCOMMERCE.COM, TESTSBOOKS.COM, TOPFIBO.COM, TRAKINISA.COM, and WAVETAGS.COM,

    Defendants.

**Miscellaneous Action No.**

**[SEALED] [PROPOSED]
TEMPORARY SEALING
ORDER**

---

Plaintiffs, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

Case 1:23-mc-00270-JSR   Document 3   Filed 08/14/23   Page 2 of 2
Case 1:23-cv-07193-VM   Document 9   Filed 09/18/23   Page 2 of 2
Case 1:23-mc-00270-JSR   Document 1-8 (Ex Parte)   Filed 08/11/23   Page 2 of 2

The Clerk is directed to restrict access to this order to the selected party viewing level.

Dated:

New York, New York

8/14/23

_____
United States District Judge (Part I)